Henry Phipps Plaza S. Assoc. LPs v Jordan (2025 NY Slip Op 51491(U))

[*1]

Henry Phipps Plaza S. Assoc. LPs v Jordan

2025 NY Slip Op 51491(U)

Decided on September 23, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 23, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, James, JJ.

570864/24

Henry Phipps Plaza South Associates Ltd Partnerships, Petitioner-Landlord-Respondent,
against
Danielle Jordan, Respondent-Tenant-Appellant, and "John Doe" and "Jane Doe," Respondents.

Tenant appeals from 1) an order of the Civil Court of the City of New York, New York County (Alberto M. Gonzalez, J.), dated June 7, 2024, which granted her motion to vacate a default final judgment solely to the extent of allowing her additional time to submit recertification documents and 2) an order (same court and Judge) dated December 9, 2024, which declined to sign an order to show cause vacating the judgment. Dominique Jordan (respondent "Jane Doe") appeals from an order (same court and Judge) dated January 3, 2025, which denied her motion to vacate a default final judgment in a holdover summary proceeding.

Per Curiam.
Orders (Alberto M. Gonzalez, J.) dated June 7, 2024 and January 3, 2025, respectively, affirmed, without costs. Appeal from order (Alberto M. Gonzalez, J.), entered on or about December 9, 2024, dismissed, without costs, as taken from a nonappealable paper.
We find no abuse of discretion in the denial of the motions to vacate the default final judgment and warrant of eviction issued in this holdover proceeding. Tenant failed to complete the income recertifications required under the Federal Low-Income Housing Tax Credit (LIHTC), despite numerous opportunities to cure and multiple orders and warnings by the court.
Movant's remaining contentions are either improperly raised for the first time on appeal or are without merit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 23, 2025